IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR322-1 |
| | : | |
| SHUQIN YIN | : | |

### AGREEMENT FOR PRE-TRIAL DIVERSION

It appearing that you are reported to have committed an offense against the United States, on or about November 8, 2016, in violation of Title 18, United States Code, Section 611, in that you voted in Forsyth County, North Carolina, in the general election.

Upon your accepting responsibility for your behavior and by your signature on this Agreement, it appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure; therefore:

On the authority of the Attorney General of the United States, by Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, prosecution in this District for this offense shall be deferred for a period not to exceed four (4) months from this date, provided you abide by the following conditions and the requirements of this Agreement set out below.

Should you violate the conditions of this Agreement, the United States Attorney may revoke or modify any conditions of this Pre-Trial Diversion Program or change the period of supervision which shall in no case exceed twelve (12) months. The Acting United States Attorney may release you from supervision at any time. The Acting United States Attorney may, at any time within the period of your supervision, initiate prosecution for this offense should you violate the conditions of this Agreement. In this case, she will furnish you with notice specifying the conditions of the Agreement which you have violated.
After successfully completing your Diversion Program and fulfilling all the terms and conditions of the Agreement, no prosecution for the offense set out

on Page One of this Agreement will be instituted in this District, and the charges against you, if any, will be dismissed.

Neither this Agreement nor any other document filed with the Acting United States Attorney as a result of your participation in the Pre-trial Diversion Program will be used against you, except for impeachment purposes in connection with any prosecution for the above-described offense.

## Conditions of Pre-trial Diversion

1. You shall not commit any offenses in violation of federal, state, or local law.

2. You shall report as directed to the United States Probation Office.

3. You shall notify your probation officer within 72 hours of any contact with law enforcement.

4. Notify the probation officer of any change of address.

5. The supervising officer shall notify the United States Attorney's Office in four months the status of your compliance with the conditions indicated above.

## Certification by Divertee

I assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information, or in bringing a defendant to trial. I hereby request the Acting United States Attorney for the Middle District of North Carolina to defer such prosecution. I agree and consent that any delay from the date of this Agreement to the date of initiation of prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request, and I waive any defense to such prosecution on the ground that such

delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of months which is the period of this Agreement.

I hereby state that the above has been read and explained to me. I understand the conditions of my pre-trial diversion program and agree that I will comply with them.

_____  03/08/2021
SHUQIN YIN                      Date
Name of Divertee

Address:    106 N. Meriah Street
            Landis, NC 28088

_____  03/08/2021
HELEN L. PARSONAGE              Date
Defense Attorney

_____  3/8/2021
STEPHEN T. INMAN                Date
Assistant United States Attorney

_____  3/09/2021
Jennifer DuGai                  Date
United States Probation Officer

3